FILED 2007 JUN -1 PH 12:10

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07-00477 |
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | [18 U.S.C. § 1701: Obstruction of Mails Generally] |
| MARIA TORRES, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

[18 U.S.C. § 1701]

On or about January 7, 2007 through February 22, 2007, in Los Angeles County, within the Central District of California, defendant MARIA TORRES, an employee of the Postal Service, knowingly and willfully obstructed the passage of mail, namely, 302 items of mail from 75 senders to 120 recipients which had

///
///
///
///
///
///
///

CJB:cjb

1 | come into defendant's possession intended to be conveyed by the
2 | United States mail.
3 |
4 | GEORGE S. CARDONA
  | Acting United States Attorney
5 |
  | THOMAS P. O'BRIEN
6 | Assistant United States Attorney
  | Chief, Criminal Division
7 |
8 |
9 | WAYNE R. GROSS
  | Assistant United States Attorney
10 | Chief, Santa Ana Branch Office